AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

## RETURN OF SERVICE

| | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 11-29-07 |
| NAME OF SERVER (PRINT) Gene Lombardo | TITLE Agent |

Check one box below to indicate appropriate method of service

[X] Served personally upon the defendant. Place where served: Served Washington Nunez [Produce] AKA Washington Antonias as Vice President of Mega Tropical Inc. at 1313 View Avenue AND IN HIS INDIVIDUAL CAPACITY Bronx, NY 10474

[ ] Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

[ ] Returned unexecuted: _____

[ ] Other (specify): _____

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 00.00 | 10.00 | 10.00 |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on   November 29, 2007       _Gene Lombardo_
                   Date                 Signature of Server

                                        Gene Lombardo

Exp Group, LLC, et.al. plaintiffs
against
Mega Tropical Produce Inc. et.al. Defendants

USDC/SDNY
07 CV 10611

FROM : ANDREW_SQUIRE          FAX NO. :718 771 2243          Mar. 22 2006 07:15AM P2

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 11-29-07 |
| NAME OF SERVER (PRINT) Gene Lombardo | TITLE Agent |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served for Ain Rivera as President of LJJ Imports Inc at 1313 View Avenue AND IN HER INDIVIDUAL CAPACITY  Bronx, NY 10474

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

**STATEMENT OF SERVICE FEES**

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| 15.00 | 10.00 | 25.00 |

**DECLARATION OF SERVER**

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on  November 29, 2007         Gene Lombardo
                Date                   Signature of Server

Gene Lombardo

exp Group LLC et al, plaintiffs
against
mega Tropical Produce Inc et al., Defendants

USDC/SDNY
07 CV 10611

2

FROM : ANDREW_SQUIRE          FAX NO. : 718 771 2243          Mar. 22 2006 07:15AM P2

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

| RETURN OF SERVICE | |
|---|---|
| Service of the Summons and Complaint was made by me | DATE 11-29-07 |
| NAME OF SERVER (PRINT) Gene Lombardo | TITLE Agent |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served miguel Arias personally at 1313 Vyse Aveaue Bronx, NY 10474

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

| STATEMENT OF SERVICE FEES | | |
|---|---|---|
| TRAVEL | SERVICES 10.00 | TOTAL 10.00 |

DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 29, 2007        Gene Lombardo
                Date                Signature of Server

                        Gene Lombardo

Exp Group LLC et al, plaintiffs
against
Megce Tropical Produce Inc ET.AL. Defendants
USDC/SDNY
07 CV 10611

3

FROM : ANDREW_SQUIRE          FAX NO. : 718 771 2243          Mar. 22 2006 07:15AM P2

AO 440 (Rev. 10/93) Summons in a Civil Action - SDNY WEB 4/99

## RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me | 11-29-07 |
| NAME OF SERVER (PRINT) Gene Lombardo | TITLE Agent |

Check one box below to indicate appropriate method of service

☒ Served personally upon the defendant. Place where served: Served Marcello Allo as Vice President of Nuvera and Tropicals Inc at 1313 View Avenue Bronx, NY 10474

☐ Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left: _____

☐ Returned unexecuted: _____

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES 10.00 | TOTAL 10.00 |
|---|---|---|

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on November 29, 2007    Gene Lombardo
                Date                 Signature of Server

                                     Gene Lombard

Exp Group LLC et al. plaintiffs
against
Mega Tropical Produce Inc Et al. Defendants
USDC/SDNY
07 CV 10611

4