UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------------------------x

EXP GROUP, LLC, INTERNATIONAL
FROZEN FOODS INC., INTERNATIONAL
TRADE AND MARKETING, INC.,

           Plaintiffs,

- against -

MEGA TROPICAL PRODUCE INC.,
WASHINGTON NUNEZ a/k/a
WASHINGTON ANTONIAS, L.T.J.
IMPORTS INC., LORAINE RIVERA,
MIGUEL ARIAS, JK INTERNATIONAL
OF NY INC., a/k/a JK INTERNATIONAL
INC. a/k/a JK INTERNATIONAL, d/b/a
NUMERO UNO TROPICALES INC.,
and MARCELLO ALIO,

----------------------------------------------------------x

CASE #: 07 CV 10611 (JSR)

DEFAULT JUDGMENT

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 3-10-08

      This action having been commenced on November 27, 2007, by the filing of the Summons and Complaint, and a copy of the Summons and Complaint having been personally served on the defendants by hand delivery to and acceptance by Washington Nunez a/k/a Washington Antonias, both in his individual capacity and as an officer and director of Mega Tropical Produce Inc., and, Loraine Rivera, both in her individual capacity and as an officer and director of L. T. J. Imports Inc. ,and, Miguel Arias, in his individual capacity, and, Marcello Alio, both in his individual capacity and as an officer and director of JK International of NY Inc. a/k/a JK International Inc. a/k/a JK International a/k/a Numero Uno Tropicales Inc., all in accordance with New York State Law, and proof of service having been filed on February 24, 2008, and, none of the defendants having answered the Complaint, and the time for answering the Complaint having expired, and upon the reading and filing of plaintiff's motion for Judgment on Default based upon defendants' failure to appear, dated February 26, 2008, with a Certificate in Lieu of Affidavit of Lee Pakulsky dated February 26, 2006, with exhibits annexed thereto, in support of plaintiff's motion and there having been no opposition to plaintiff's Motion for Judgment on Default, it is

ORDERED, ADJUDGED AND DECREED:

a) that plaintiffs, EXP Group, LLC and International Frozen Foods, Inc., have judgment against all defendants, jointly and severally, in the liquidated amount $31,534.75, plus pre-judgment interest from July 17, 2006, through February 16, 2008 in the sum $4,493.68, plus costs in the sum $175.00 and disbursements in the sum $27.50, for a sum total $36,230.93, and,

b) that plaintiff, International Trade and Marketing Inc., have judgment against all defendants, jointly and severally, in the liquidated amount $2,090.00, plus pre-judgment interest from July 17, 2006 through February 16, 2008 in the sum $297.92, plus costs in the sum $175.00 and disbursements in the sum $27.50, for a sum total $2,590.42

DATED:   New York, NY
         March 10, 2008

_____
Jed S. Rakoff, U.S.D.J.

74\exp.v.mega\\wpd

# United States District Court
# Southern District of New York
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

**Date:**

**In Re:**

-v-

**Case #:**                (          )

Dear Litigant,

    Enclosed is a copy of the judgment entered in your case.

    Your attention is directed to Rule 4(a)(1) of the Federal Rules of Appellate Procedure, which requires that if you wish to appeal the judgment in your case, you must file a notice of appeal within 30 days of the date of entry of the judgment (60 days if the United States or an officer or agency of the United States is a party).

    If you wish to appeal the judgment but for any reason you are unable to file your notice of appeal within the required time, you may make a motion for an extension of time in accordance with the provision of Fed. R. App. P. 4(a)(5). That rule requires you to show "excusable neglect" or "good cause" for your failure to file your notice of appeal within the time allowed. Any such motion must first be served upon the other parties and then filed with the Pro Se Office no later than 60 days from the date of entry of the judgment (90 days if the United States or an officer or agency of the United States is a party).

    The enclosed Forms 1, 2 and 3 cover some common situations, and you may choose to use one of them if appropriate to your circumstances.

    The Filing fee for a notice of appeal is $5.00 and the appellate docketing fee is $250.00 payable to the "Clerk of the Court, USDC, SDNY" by certified check, money order or cash. **No personal checks are accepted.**

**J. Michael McMahon, Clerk of Court**

by: _____

, Deputy Clerk

**APPEAL FORMS**

Docket Support Unit                                                                 Revised: March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
---------------------------------------------------------X
                                                         |
                                                         |        **NOTICE OF APPEAL**
                                                         |
       -V-                                               |
                                                         |
                                                         |        civ.           (    )
                                                         |
---------------------------------------------------------X
```

   Notice is hereby given that  _____
                                                       (party)
hereby appeals to the United States Court of Appeals for the Second Circuit from the Judgment [describe it]




entered in this action on the _____ day of _____ , _____ .
                                  (day)              (month)           (year)


                                                  _____
                                                           (Signature)

                                                  _____
                                                            (Address)

                                                  _____
                                                     (City, State and Zip Code)

Date: _____        (      ) _____ - _____
                                              (Telephone Number)


**Note:** You may use this form to take an appeal provided that it is <u>received</u> by the office of the Clerk of the District Court within 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).


FORM 1

**APPEAL FORMS**

Docket Support Unit                                            Revised: March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-------------------------------------------------------X
                                                       |
                                                       |   MOTION FOR EXTENSION OF TIME
                                                       |      TO FILE A NOTICE OF APPEAL
            -V-                                        |
                                                       |
                                                       |      civ.           (   )
                                                       |
-------------------------------------------------------X
```

Pursuant to Fed. R. App. P. 4(a)(5), _____ respectfully
                                                   (party)
requests leave to file the within notice of appeal out of time. _____
                                                                           (party)
desires to appeal the judgment in this action entered on _____ but failed to file a
                                                                  (day)
notice of appeal within the required number of days because:

[Explain here the "excusable neglect" or "good cause" which led to your failure to file a notice of appeal within the required number of days.]

 

 

 

 

                                                                _____
                                                                          (Signature)

                                                                 _____
                                                                          (Address)

                                                                 _____
                                                             (City, State and Zip Code)

Date: _____     (   ) _____ - _____
                                                                   (Telephone Number)

**Note:** You may use this form, together with a copy of Form 1, if you are seeking to appeal a judgment and did not file a copy of Form 1 within the required time. If you follow this procedure, these forms must be <u>received</u> in the office of the Clerk of the District Court no later than 60 days of the date which the judgment was entered (90 days if the United States or an officer or agency of the United States is a party).

<u>FORM 2</u>

<u>**APPEAL FORMS**</u>

Docket Support Unit                                                                          Revised: March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
------------------------------------------------------X
                                                      |
                                                      |     NOTICE OF APPEAL
                                                      |            AND
          -V-                                         |  MOTION FOR EXTENSION OF TIME
                                                      |
                                                      |     civ.          (    )
                                                      |
------------------------------------------------------X
```

1. Notice is hereby given that _____ hereby appeals to
                                                                 (party)
the United States Court of Appeals for the Second Circuit from the judgment entered on _____.
   [Give a description of the judgment]

2. In the event that this form was not received in the Clerk's office within the required time
   _____ respectfully requests the court to grant an extension of time in
         (party)
   accordance with Fed. R. App. P. 4(a)(5).

   a.  In support of this request, _____ states that
                                      (party)
   this Court's judgment was received on _____ and that this form was mailed to the
                                  (date)
   court on _____ .
          (date)

                                                      _____
                                                            (Signature)

                                                      _____
                                                            (Address)

                                                      _____
                                                     (City, State and Zip Code)

Date: _____                           ( ) _____-_____
                                                         (Telephone Number)

**Note:** You may use this form if you are mailing your notice of appeal and are not sure the Clerk of the District Court will <u>receive</u> it within the 30 days of the date on which the judgment was entered (60 days if the United States or an officer or agency of the United States is a party).

FORM 3

**APPEAL FORMS**

Docket Support Unit                                                         Revised:  March 4, 2003

**United States District Court**
**Southern District of New York**
Office of the Clerk
U.S. Courthouse
500 Pearl Street, New York, N.Y. 10007-1213

```
-------------------------------------------------------X
                                                       |
                                                       |       **AFFIRMATION OF SERVICE**
                                                       |
         -V-                                           |
                                                       |
                                                       |         civ.            (    )
                                                       |
-------------------------------------------------------X
```

I, _____, declare under penalty of perjury that I have

served a copy of the attached _____

_____

upon _____

_____

whose address is: _____

_____

Date: _____
       New York, New York

                                                                    _____
                                                                              (Signature)

                                                                    _____
                                                                              (Address)

                                                                    _____
                                                                         (City, State and Zip Code)

FORM 4

**APPEAL FORMS**

Docket Support Unit                                                         Revised:  March 4, 2003